IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEPHANIE BRIGHT                                                              PLAINTIFF

v.                          No. 3:24-cv-11-DPM

WALGREEN CO.                                                                  DEFENDANT

## JUDGMENT

Bright's complaint is dismissed with prejudice. The Court retains jurisdiction until 6 August 2024 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2024